# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEROX CORPORATION, | Case No.  1:13 -cv-00395-LJO-SAB |
| Plaintiff, | ORDER VACATING ORDER TO SHOW CAUSE |
| v. | (ECF Nos. 9, 12) |
| SIMPLY SMASHING, INC., | |
| Defendant. | |

On April 30, 2013, an order issued requiring Plaintiff to show cause why the Clerk's entry of default should not be vacated due to questions on whether the service in this action complied with the California and Federal Rules of Civil Procedure.  On May 7, 2013, Plaintiff filed a response to the order to show cause, which provides further factual information upon which this court could decide the matter.  Accordingly, upon review of Plaintiff's response and declarations, the Court finds that the service in this action did comply with the Rules of Civil Procedure.

Therefore, the order to show cause filed April 30, 2013, is HEREBY VACATED and the motion for default judgment hearing will be held on June 5, 2013, at 9:30 a.m. in Courtroom 9 before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **May 8, 2013**

UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28