1  ROBERT L. POLLAK, State Bar Number 083950
GLASSBERG, POLLAK & ASSOCIATES
2  425 California Street, Suite 850
San Francisco, CA  94104-2193
3  (415) 291-8320 phone
(415) 291-8111 fax
4
Attorney for Plaintiff
5  Our File No.:  122234

6
7                           UNITED STATES DISTRICT COURT

                            EASTERN DISTRICT OF CALIFORNIA
8
XEROX CORPORATION, a corporation,      )  CASE NO: 1:13-CV-00395-LJO-SAB
9                                      )
                 Plaintiff,            )
10                                     )  **STIPULATION CONTINUING SCHEDULING**
        vs.                            )  **CONFERENCE**
11                                     )
SIMPLY SMASHING, INC., a corporation,  )  Date:  June 25, 2013
12                                     )  Time:  9:00 a.m.
                 Defendants.           )  Ctrm:  #9 (6th Floor)
13  _____)

14        Plaintiff, XEROX CORPORATION, a corporation, hereby requests that the Scheduling

15  Conference currently scheduled for June 25, 2013 at 9:00 a.m. in Courtroom 9, be continued to

16  August 27, 2013 at 2:30 p.m. or for such time as the Court deems proper.

17        This is an uncontested matter.  On June 5, 2013, the Court granted Plaintiff's motion for

18  entry of judgment.  Judgment will be entered as soon as the amount of pre-judgment interest and

19  attorneys' fees are determined.  These amounts will be determined shortly and judgment will

20  follow thereafter.

21        Because a Scheduling Conference will not be needed in this case, Plaintiff requests that the

22  Scheduling Conference currently scheduled for June 25, 2013 at 9:00 a.m. be continued to August

23  27, 2013 at 2:30 p.m., or for such time as the Court deems proper, to allow for the default

24  judgment to be entered.

25

1  Dated: June 13, 2013                    GLASSBERG, POLLAK & ASSOCIATES

2

3                                          BY  /s/ ROBERT L. POLLAK
                                               ROBERT L. POLLAK
4                                              Attorneys for Plaintiff

5

6

7  IT IS SO ORDERED.

8

   Dated:   **June 13, 2013**
9                                          UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25