ROBERT L. POLLAK, State Bar Number 083950
GLASSBERG, POLLAK & ASSOCIATES
425 California Street, Suite 850
San Francisco, CA  94104-2193
(415) 291-8320 phone
(415) 291-8111 fax

Attorney for Plaintiff
Our File No.:  122234

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEROX CORPORATION, a corporation, ) | CASE NO: 1:13-CV-00395-LJO-SAB |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION CONTINUING SCHEDULING** |
| vs. ) | **CONFERENCE** |
| ) | |
| SIMPLY SMASHING, INC., a corporation, ) | Date:  June 25, 2013 |
| ) | Time:  9:00 a.m. |
| Defendants. ) | Ctrm:  #9 (6th Floor) |
| ) | |

  Plaintiff, XEROX CORPORATION, a corporation, hereby requests that the Scheduling Conference currently scheduled for June 25, 2013 at 9:00 a.m. in Courtroom 9, be continued to August 27, 2013 at 2:30 p.m. or for such time as the Court deems proper.

  This is an uncontested matter.  On June 5, 2013, the Court granted Plaintiff's motion for entry of judgment.  Judgment will be entered as soon as the amount of pre-judgment interest and attorneys' fees are determined.  These amounts will be determined shortly and judgment will follow thereafter.

  Because a Scheduling Conference will not be needed in this case, Plaintiff requests that the Scheduling Conference currently scheduled for June 25, 2013 at 9:00 a.m. be continued to August 27, 2013 at 2:30 p.m., or for such time as the Court deems proper, to allow for the default judgment to be entered.

1 | Dated: June 13, 2013              GLASSBERG, POLLAK & ASSOCIATES

               BY  /s/ ROBERT L. POLLAK
                   ROBERT L. POLLAK
                   Attorneys for Plaintiff

IT IS SO ORDERED.

Dated:   **June 13, 2013**                _____
                                          UNITED STATES MAGISTRATE JUDGE