1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEROX CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>SIMPLY SMASHING, INC.,<br><br>  Defendant. | Case No.  1:13 -cv-00395-LJO-SAB<br><br>ORDER TO VACATE ORDER FOR APPEARANCE OF THE JUDGMENT DEBTOR SIMPLY SMASHING, INC. |

The Court having reviewed Plaintiff's Motion to Vacate Order for Appearance of the Judgment Debtor Simply Smashing, Inc. and good cause appearing,

IT IS HEREBY ORDERED that the continued examination hearing on April 2, 2014 is VACATED and that Timothy R. Fruehe, President of the judgment debtor Simply Smashing, Inc., is discharged from the examination.

IT IS SO ORDERED.

Dated:   **March 21, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

1