1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| XEROX CORPORATION, | Case No.  1:13 -cv-00395-LJO-SAB |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR SERVICE BY REGISTERED PROCESS SERVER |
| v. | |
| SIMPLY SMASHING, INC., | (ECF No. 29) |
| Defendant. | |

12

13

14

15

16

17         On July 12, 2013, judgment was entered against Defendant Simply Smashing, Inc. in the

18    amount of $411,461.21.  (ECF Nos. 20, 21.)  On April 2, 2014, Plaintiff filed a request for service

19    of process by a registered process server to serve the writ of execution.  (ECF No. 29.)

20         Rule 69 of the Federal Rules of Civil Procedure, which governs a money judgment to be

21    enforced by a writ of execution, provides that the procedure on execution must accord with the

22    procedure of the state in which the court is located, but a federal governs to the extent that it

23    applies. Fed. R. Civ. P. 69(a)(1).  Rule 4.1 of the Federal Rules of Civil Procedure provides that

24    "[p]rocess--other than a summons under Rule 4 or a subpoena under Rule 45--must be served by

25    a United States marshal or deputy marshal or by a person specially appointed for that purpose."[1]

26         The Court has read and considered that request for service of process and good cause

27

---

28    [1] Plaintiff requests authorization of service pursuant to Rule 4(c) of the Federal Rules of Civil Procedure, however, in 1993 Rule 4.1 was adopted to separate the provisions of Rule 4.  Fed. R. Civ. P. Advisory Committee Notes.

1

1  appearing, IT IS HEREBY ORDERED that

2      1.    Gold Line Credit Services, Inc. is authorized to serve legal process in this matter,

3            including writs of execution; and

4      2.    The United States Marshal's Service shall remain the levying officer.

5

6  IT IS SO ORDERED.

7      Dated:   **April 4, 2014**

        _____
        UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2